Honorable Leif B. Erickson
Federal Magistrate Judge
Missoula Division
Russell E. Smith Courthouse
201 East Broadway, Room 370
Missoula, MT  59802

```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MONTANA
                        MISSOULA DIVISION
```
_____

RICK SCHAEFFER, and                 CAUSE NO. CV 05-127-M-LBE
DON SCHAEFFER,

             Plaintiffs,

      vs.                           FINDINGS & RECOMMENDATION OF
                                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES FOREST SERVICE,

             Defendant.
_____

On December 13, 2005, the Court ordered Plaintiffs to explain why service of the Complaint had not been completed in accordance with Fed. R. Civ. P. 4(m), otherwise this action would be subject to dismissal.  Plaintiffs did not respond to the Order.  Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice pursuant to Rule 4(m) for failure to serve the summons and Complaint on Defendant within 120 days after filing the Complaint.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendation of the United States

page 1

Magistrate Judge upon the Plaintiffs.  The Plaintiffs are advised that pursuant to 28 U.S.C. § 636, any objections to these findings must be filed with the Clerk of Court within ten (10) days after receipt hereof, or objection is waived.

DONE and DATED this  5th  day of June, 2006.

>  /s/ Leif B. Erickson
> Leif B. Erickson
> United States Magistrate Judge